United States Courts
Southern District of Texas
FILED
*December 07, 2021*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | CRIMINAL NO. **4:21-cr-572** |
| v. | § § | |
| MARK WILLIAMS, JR. | § § | |

### INDICTMENT

THE GRAND JURY CHARGES:

#### COUNT ONE

On or about October 25, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**MARK WILLIAMS, JR.,**

did knowingly transmit in interstate commerce a communication containing a threat to injure the person of another, to wit, a telephone call to the White House VA Hotline threatening to kill employees of the United States Department of Veterans Affairs working at the Lake Jackson VA Outpatient Clinic in Lake Jackson, Texas.

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

Signature on File

_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

*/s/ John Pearson*
_____
JOHN P. PEARSON
Assistant United States Attorney

1